*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA DIAZ, et al., | Case No. CV 11-3199-GW(PJWx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| JPMORGAN CHASE & CO, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated: June 26, 2012

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE